PROB 35            **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 1:04CR05259-01 REC |
| ) | |
| **Larry J. Hurley** ) | |
| ) | |

On April 25, 2005, the above-named was placed on Probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                             Respectfully submitted,

                               /s/ Jose T. Pulido

                              **Jose T. Pulido**
                          **United States Probation Officer**

Dated:      February 20, 2009
              Fresno, California
              jtp

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                         **HUBERT J. ALVAREZ**
                 **Supervising United States Probation Officer**

Re: **Larry J. Hurley**
**Docket Number: 1:04CR05259-01 REC**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:  March 12, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE